WILLIAM H. DUSENBURY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 25817.)

Crapser, Heffernan and Schenck, JJ., concur; Hill, P. J., and Bliss, J., dissent upon the ground that chapter 142 of the Laws of 1938 constituted a change in plans on the part of the State and under the contract claimant was entitled to receive the actual cost of the discarded plans.